|  |  |  |
|---|---|---|
| **DATE:**<br>**LOCATION:**<br>**JUDGE:**<br>**DEP CLERK:**<br>**REPORTER:**<br>**USPO:**<br>**INTERPRETER:** | **CASE NO.:** | **USA V.** |
|  | Counsel for Government: | Counsel for Defendant: |

| **SENTENCING HEARING** | **BEGIN:** | **ADJOURN:** | **TOTAL TIME:** |
|---|---|---|---|

| **PRESENTENCE REPORT:**<br><br>Adopted in Its Entirety | Objections and Court Ruling<br><br>PSR CHANGED AS FOLLOWS: |  |
|---|---|---|
| **PLEA AGREEMENT:** | ACCEPTED    REJECTED<br><br>Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49. | |
| **CRIME VICTIMS:** | NONE | Victims Addressed the Court: |
| **MOTIONS:**<br><br>None | Govt's Motion:   GRANTED   DENIED<br>Dft's Motion:   GRANTED   DENIED<br>Other: | |
| **ALLOCUTION:** | Dft DID allocute   Dft DID NOT allocate | |

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  | Interest Waived | Interest Waived |  |
|  |  |  |  |  |  |

## BOP RECOMMENDATIONS:

| **DESIGNATION:** | Substance Abuse Treatment<br>Sex Offender Treatment<br>Other: | Mental Health Treatment<br>Financial Responsibility<br>NONE |
|---|---|---|

## SUPERVISION:

| **YEARS** | Mandatory and Special Conditions as set forth in Presentence Report<br>No Term of Supervision |
|---|---|
| Other Conditions | |

| **Dft advised of right to APPEAL & Court Appointed Counsel** | **REMAINING COUNTS:**    NONE<br>Govt moved to dismiss. Court granted. |
|---|---|
| **FORFEITURE:** | |

## CUSTODY: